**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO.:** |
| ) | |
| **V.** ) | **Violation: 50 U.S.C. § 797 (Penalty for** |
| ) | **violation of security regulations and orders)** |
| **EDWIN MORALES** ) | |
| ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

(VIOLATION OF SECURITY REGULATIONS AND ORDERS)

That on or about 26 November 2025, in the Macon Division of the Middle District of Georgia, on the Robins Air Force Base, the defendant,

**EDWIN MORALES,**

on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is Robins Air Force Base, Warner Robins, Houston County, Georgia, did willfully violate a defense property security regulation, to wit: Robins Air Force Base 31-101 Integrated Defense Plan, by knowingly and unlawfully transporting a firearm aboard said installation in a vehicle without authorization, in violation of Title 50, United States Code, Section 797.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

BY:    /S/ DIEM A. NGUYEN
DIEM A. NGUYEN
TEXAS Bar No.: 24121034
Special Assistant U.S. Attorney
United States Attorney's Office

Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 222-0548


BY:    /S/ LARRY S. LYNN
       LARRY S. LYNN
       FLORIDA Bar No.: 1064975
       Special Assistant U.S. Attorney
       United States Attorney's Office
       Middle District of Georgia
       P.O. Box 1702
       Macon, Georgia 31202
       Telephone: (478) 222-0568